■ FARASH CONSTRUCTION CORPORATION, Appellant, v PERTICONE ELECTRIC, INC., Respondent, et al., Defendants.—Judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, Doyle, J. (Appeal from judgment of Supreme Court, Monroe County, Doyle, J.—summary judgment.) Present—Denman, J. P., Green, Balio, Lawton and Davis, JJ.